SOUTHERN BURLINGTON COUNTY, NAACP v.
TOWNSHIP OF MOUNT LAUREL.

November 28, 1972. Certification to Superior Court, Law
Division, granted. (See 119 *N. J. Super.* 164)

JOSEPH CEVA v. TOWNSHIP COMMITTEE
OF THE TOWNSHIP OF RIVER VALE.

December 5, 1972. Petitions and cross petition for cer-
tification granted.

JOYCE MULVEHILL v. DEPARTMENT OF INSTITUTIONS
AND AGENCIES, DIVISION OF PUBLIC WELFARE.

December 12, 1972. Petition for certification denied. (See
120 *N. J. Super.* 546)

DONNADIO & SONS v. BOROUGH OF EAST RUTHERFORD.

December 12, 1972. Petition for certification denied.